| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>CAMPBELL, LEVIN H | 2. Court or Organization<br>U.S. COURT OF APPEALS | 3. Date of Report<br>4/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>CIRCUIT JUDGE, SENIOR STATUS | 5. ReportType (check appropriate type)<br>○ Nomination,  Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>JOHN JOS MOAKLEY US COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 6720<br>BOSTON, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Overseer | USS Constitution Museum, Boston, MA |
| 2. | Council Member | Massachusetts Historical Society, Boston, MA |
| 3. | Co-Trustee | Trust No. 2 |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE REPORT MAY 1 PM RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Incom

☑ N●NE - (N● reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | | | | | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 4. | | | | | | | | | | |
| | | | | | | | | | | |
| 7. | | | | | | | | | | |

| 1. | A | | B | | C | | D | | E |
|---|---|---|---|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | | G = $100,001-$1,000,000 | | H1 = $1,000,001-$5,000,000 | | H2 = More than $5,000,000 | | |
| 2. | J = $15,000 or less | | K = $15,001-$50,000 | | L = $50,001-$100,000 | | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | | O = $500,001-$1,000,000 | | P1 = $1,000,001-$5,000,000 | | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | | | P4 = More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | | P = Cost (Real Estate Only) | | S = Assessment | | T = Cash/Market | | |
| (See Column C2) | U = Book Value | | V = Other | | W = Estimated | | | | |

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | | (1) | (2) Type | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| 19. | -Union Central Life Ins. Recd. | | | | | | | | | |
| 20. | annuity from deceased father's | | | | | | | | | |
| 21. | ins. | | | | | | | | | |
| 22. | -Andover, MA 5.70% 11/06 | | | | | | | | | |
| 23. | -Abbott Laboratories | | | | | | | | | |
| 24. | -Federal National Mortgage Association | | | | | | | | | |
| 25. | -Intel Corp. | | | | | | | | | |
| 26. | -J.P. Morgan Chase & Co. | | | | | Total Sale | 1/2 | J | C | |
| 27. | -Microsoft Corp. | | | | | | | | | |
| 28. | -Cisco Systems, Inc. | | | | | | | | | |
| 29. | -Templeton Emerging Markets Fund (Mutual Fund) | | | | | | | | | |
| 30. | -US Treas. Notes 6.0% 8/09 | | | | | | | | | |
| 31. | -Agilent Technologies Inc. | | | | | | | | | |
| 32. | -Transocean Sedco Forex Inc. | | | | | | | | | |
| 33. | -Johnson & Johnson | | | | | | | | | |
| 34. | -Pepsico, Inc. | | | | | | | | | |
| 35. | -Sunguard Data Systems | | | | | | | | | |
| 36. | -Alcoa | | | | | Buy | 1/2 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | Buy | 6/30 | K | | |
| 38. -Anadarko Petroleum | | | | | Buy | 1/2 | J | | |
| 39. -Avery Dennison | | | | | Buy | 1/2 | J | | |
| 40. -BJ's Wholesale Club | | | | | Buy | 1/2 | J | | |
| 41. -Bank of America | | | | | Buy | 1/2 | J | | |
| 42. -Cardinal Health | | | | | Buy | 1/2 | J | | |
| 43. -Citigroup | | | | | Buy | 6/30 | K | | |
| 44. -Constellation Brands | | | | | Buy | 1/2 | J | | |
| 45. -Exxon Mobil | | | | | Buy | 1/2 | J | | |
| 46. -First Data | | | | | Buy | 1/2 | J | | |
| 47. | | | | | Buy | 6/30 | K | | |
| 48. -Lowe's | | | | | Buy | 1/2 | J | | |
| 49. -Marsh & McLennan | | | | | Buy | 6/30 | K | | |
| 50. -Medtronic | | | | | Buy | 1/2 | J | | |
| 51. -Prologis | | | | | Buy | 1/2 | J | | |
| 52. -Public Storage, Inc. | | | | | Buy | 1/2 | J | | |
| 53. -Royal Dutch Petroleum | | | | | Buy | 6/30 | K | | |
| 54. -SBC Communications | | | | | Buy | 6/30 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Staples | | | | | Buy | 1/2 | J | | |
| 56. -Sysco | | | | | Buy | 1/2 | J | | |
| 57. -Vodafone | | | | | Buy | 6/30 | K | | |
| 58. -Wells Fargo | | | | | Buy | 1/2 | J | | |
| 59. -Simon Property Group | | | | | Buy | 1/2 | J | | |
| 60. | | | | | Total Sale | 1/9 | J | A | |
| 61. -Medco Health | | | | | Spinoff | 8/21 | | | See VIII |
| 62. | | | | | Total Sale | 9/22 | J | C | |
| 63. -Nationwide Ins: Rec'd. Annuity payments (X) | | | | | | | | | |
| 64. Trust #2 | G | Int. & Divi. | P2 | T | | | | | |
| 65. -Scudder Tax-Exempt Cash Inst'l Shares | | | | | | | | | |
| 66. -South Carolina 4.3% 4/03 | | | | | Maturity | 4/1 | M | B | |
| 67. -US Treas. Notes 5.75% 8/03 | | | | | Maturity | 8/15 | L | | See VIII |
| 68. -US Treas. Notes 4.25% 11/03 | | | | | Total Gift | 1/14 | ● | | Boston Symphony |
| 69. -US Treas. Notes 4.75% 2/04 | | | | | | | | | |
| 70. -US Treas. Notes 5.875% 2/04 and 11/05 | | | | | | | | | |
| 71. -US Treas. Notes 6.5% 10/06 | | | | | | | | | |
| 72. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Column C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Gillette | | | | | | | | | |
| 74. -Pepsico | | | | | | | | | |
| 75. -Perrigo | | | | | | | | | |
| 76. -Procter & Gamble | | | | | Partial Gift | 3/12 | L | | Boston Symphony |
| 77. -ExxonMobil | | | | | Partial Gift | 1/14 | M | | Boston Symphony |
| 78. -Schlumberger | | | | | | | | | |
| 79. -American International Group | | | | | | | | | |
| 80. -Berkshire Hathaway | | | | | Partial Gift | 1/14 | L | | Boston Symphony |
| 81. -Cambridge Bancorp | | | | | | | | | |
| 82. -Citigroup | | | | | Partial Gift | 1/14 | M | | Boston Symphony |
| 83. -Fifty Associates | | | | | Liquidation | 10/24 | J | D | See VIII |
| 84. -Travelers Property Casualty Corp. Class A | | | | | Total Gift | 1/14 | J | | Boston Symphony |
| 85. -Travelers Property Casualty Corp. Class B | | | | | Total Gift | 1/14 | K | | Boston Symphony |
| 86. -Abbott Laboratories | | | | | Partial Gift | 6/26 | K | | Cambridge Family Services |
| 87. -Aventis | | | | | | | | | |
| 88. -Johnson & Johson | | | | | Partial Sale | 11/19 | K | E | |
| 89. | | | | | Partial Gift | 1/14 | M | | Boston Symphony |
| 90. | | | | | Partial Gift | 10/7 | K | | Winsor School |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
5. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | Partial Gift | 12/31 | K | | WGBH |
| 92. -Pfizer | | | | | Partial Sale | 10/27 | L | D | |
| 93. | | | | | Partial Gift | 1/14 | M | | Boston Symphony |
| 94. | | | | | Partial Gift | 12/31 | J | | WGBH |
| 95. | | | | | Partial Gift | 12/31 | K | | Sea Education Ass'n. |
| 96. | | | | | Merger | 4/17 | | | See VII |
| 97. -Pharmacia | | | | | Total Deliv | 4/17 | | | See VII |
| 98. -Automatic Data Processing | | | | | | | | | |
| 99. -General Electric | | | | | Partial Gift | 3/12 | L | | Boston Symphony |
| 100. -Servicemaster | | | | | | | | | |
| 101. -3M | | | | | | | | | |
| 102. -Cisco Systems | | | | | | | | | |
| 103. -Hewlett Packard | | | | | | | | | |
| 104. -Intel | | | | | | | | | |
| 105. -Microsoft | | | | | | | | | |
| 106. -Alcoa | | | | | Total Gift | 1/14 | M | | Boston Symphony |
| 107. -Vodafone | | | | | Partial Gift | 1/14 | M | | Boston Symphony |
| 108. | | | | | Total Gift | 10/7 | J | | Winsor School |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | -S & Co Special Equities Fund | | | | | | | | | |
| 110. | -S & Co Technology - North American Mgmt. | | | | | | | | | |
| 111. | -S & Co Health Science Fund | | | | | | | | | |
| 112. | -S & Co International | | | | | | | | | |
| 113. | -Stoney Brook Partnership | | | | | | | | | |
| 114. | -Shering-Plough | | | | | Buy | 5/21 | M | | |
| 115. | | | | | | Buy | 6/19 | L | | |
| 116. | | | | | | Partial Sale | 10/24 | K | | See VIII |
| 117. | Bank Account, Sovereign Bank | A | Interest | K | T | | | | | |
| 118. | Trust #3 | G | Int. & Divi. | P3 | T | | | | | |
| 119. | -Pepsico | | | | | | | | | |
| 120. | -Procter & Gamble | | | | | Partial Sale | 5/12 | M | G | |
| 121. | -Merck | | | | | | | | | |
| 122. | -Pfizer | | | | | Merger | 4/16 | | | See VIII |
| 123. | -Pharmacia | | | | | Total Deliv. | 4/16 | | | See VIII |
| 124. | -Johnson & Johnson | | | | | | | | | |
| 125. | -Agilent | | | | | | | | | |
| 126. | -Intel | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CAMPBELL, LEVIN H | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. -Automatic Data Processing | | | | | | | | | |
| 128. -Hewlett Packard | | | | | | | | | |
| 129. -IBM | | | | | Buy | 9/9 | L | | |
| 130. -Microsoft | | | | | | | | | |
| 131. -Cisco | | | | | | | | | |
| 132. -General Electric | | | | | Partial Sale | 6/11 | M | G | |
| 133. -Chevron Texaco | | | | | | | | | |
| 134. -Schlumberger | | | | | | | | | |
| 135. -Citigroup | | | | | Buy | 5/12 | N | | |
| 136. -Federal National Mortgage Association | | | | | Buy | 5/12 | M | | |
| 137. -American International Group | | | | | Buy | 9/5 | M | | |
| 138. -Marsh & McLennan | | | | | Buy | 5/12 | M | | |
| 139. | | | | | Buy | 9/5 | M | | |
| 140. -Berkshire Hathaway | | | | | | | | | |
| 141. -Westborough, MA 2.5% 5/03 | | | | | Maturity | 5/23 | N | | See VIII |
| 142. -Brookline, MA 3.3% 5/04 | | | | | | | | | |
| 143. -Rockland, MA 5.0% 7/04 | | | | | | | | | |
| 144. -Lynn, MA Wtr. & Swr. 3.4% 6/05 | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000

2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000

3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CAMPBELL, LEVIN H | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. -MA Bay Transp. Auth. 5.25% 3/06 | | | | | | | | | |
| 146. -Mass. St. Hlt. 6.4% 7/06 | | | | | Full call | 9/26 | L | A | |
| 147. -Stoughton, MA 4.3% 2/07 | | | | | | | | | |
| 148. -Mass St. Tpk. 5.13% 1/09 | | | | | | | | | |
| 149. -Mass. St. Hlt. 4.5% 7/09 | | | | | | | | | |
| 150. -North Andover, MA 4.5% 1/10 | | | | | | | | | |
| 151. -Fidelity Inst. Tax-Ex. Cash Port. | | | | | | | | | |
| 152. -CVS Corp. | | | | | Buy | 5/12 | M | | |
| 153. -Illinois Tool Works, Inc. | | | | | Buy | 10/17 | N | | |
| 154. -News Corporation LTD. ADR | | | | | Buy | 10/17 | N | | |
| 155. -Columbia High Yield Mutual Fund | | | | | Buy | 10/30 | L | | |
| 156. -Medco Health | | | | | Spinoff | 8/25 | J | | See VIII |
| 157. | | | | | Total Sale | 10/17 | J | | |
| 158. IRA | A | Int., Div. | L | T | | | | | See VIII |
| 159. -Scudder Growth & Income Fund | | | | | | | | | |
| 160. -Scudder Large Company Value | | | | | | | | | |
| 161. -Scudder Money Mkt. Inst'l Shares | | | | | | | | | |
| 162. -Scudder Income Fund | | | | | Partial Sale | 12/22 | J | A | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CAMPBELL, LEVIN H | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163.    -Bank Acct, Cambridge Trust Company (X) | A | Interest | E | T | | | | | See VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Code | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

9. Scudder Intermediate Tax/AMT Free CL S Fund: This is the new name of the mutual fund formerly known as the Scudder Medium Term Municipal Bond Fund. The name change occurred on 10/31/03.

61. Shares of Medco Health were received as a result of the spinoff of that corporation from Merck.

67. Loss incurred on maturity of this bond.

83. This partnership liquidated in 2003. Trust #2 received a final distribution from the partnership as part of the liquidation.

96-97: Pharmarcia merged into Pfizer. As a result of this merger, Pharmacia shares in trust were delivered, and Pfizer shares were received in return.

116. Schering-Plough sold at a loss.

122-123: Pharmacia merge into Pfizer (see comments 96-97 above).

141. No gain or loss on maturity of this bond.

156. Medco spinoff. See note 61 above.

158. This IRA, which had a value as of 12/31/03 of $50,890.27, was inadvertently left off prior financial disclosure reports. The IRA is and has been invested solely in Scudder mutual funds.

163. This is the first year that this account has had assets above the reporting threshhold.

Note: All stocks listed on this report are common.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date May 5, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544